Frank R. Lawrence (CA Bar No. 147531)
Zehava Zevit, Of Counsel (CA Bar No. 230600)
LAW OFFICE OF FRANK R. LAWRENCE
578 Sutton Way, No. 246
Grass Valley, CA 95945
Tel: (530) 478-0703

*Attorneys for Defendants*
Carlene A. Chamberlain, Erica M. Pinto, San Diego Gaming Ventures LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WALTER ROSALES, et al.** | CASE NO. 2:15-CV-01145-JAM-EFB |
| Plaintiffs, | |
| vs. | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| **AMY DUTSCHKE, et al.,** | |
| Defendants | |

Upon consideration of defendants Carlene A. Chamberlain, Erica M. Pinto, and San Diego Gaming Ventures, LLC's ("Defendants") Ex Parte Application for an Extension of Time to Respond to Complaint, it is hereby ordered that Defendants have until thirty days after the last named defendant has been served to file a response

to the Complaint.

Dated: September 28, 2015

/s/ John A. Mendez

**JOHN A. MENDEZ**

**UNITED STATES DISTRICT JUDGE**