PHILIP A. TALBERT
Acting United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ROSALES AND KAREN TOGGERY, *et al.,*<br><br>                    Plaintiffs.<br><br>v.<br><br>AMY DUTSCHKE, Regional Director, BIA; *et al.,*<br><br>                    Defendants | CASE NO. 2:15-cv-1145 KJM KJN<br><br>**STIPULATION AND ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT AND RESPONSIVE PLEADING** |

Through undersigned counsel, the parties hereby stipulate and propose to permit the filing of the Second Amended Complaint (Dkt. No. 52), and to continue the due date for the responsive pleading by all defendants to July 1, 2016.  On May 3, 2016, this Court dismissed Plaintiffs' complaint but permitted an amended complaint to be filed on or before May 23, 2016.  (*See* Dkt. No. 49).  On May 20, 2016, Plaintiffs filed a First Amended Complaint ("FAC").  (*See* Dkt. No. 50).  On May 23, 2016, Plaintiffs filed a Second Amended Complaint, which was similar to the FAC but dismissed one of the claims.  Plaintiffs appear to have served Defendants Amy Dutschke and John Rydzik on or about May 26, 2016, thus making their responsive pleading due July 25, 2016, because they are both federal employees.  *See* Fed. R. Civ. App. 12(a)(3).  Other defendants, who had previously been served, have a responsive pleading deadline of June 6, 2016.  *See* Fed. R. Civ. App. 15(a)(3).

   Defendants Dutschke and Rydzik are officials employed by the Bureau of Indian Affairs, and have requested individual-capacity representation by the Department of Justice.  *See* 28 C.F.R. § 50.15.

1   Although the full package requesting representation has been submitted to the Constitutional Torts

2   branch of the Department's Civil Division, this process will take some time to complete.  In light of that

3   pending request and the history of this action, the parties believe that it would be more efficient for all

4   defendants to file their responsive pleadings at the same time. Therefore, the parties hereby stipulate,

5   and propose as follows:

6       1.   That Plaintiffs' Second Amended Complaint (Dkt. No. 52) be filed; and

7       2.   That all defendants shall respond to that Complaint on or before July 1, 2016.

8   Dated: May 31, 2016                                    Respectfully submitted,

9                                                           PHILIP A. TALBERT
                                                            Acting United States Attorney
10

11                                                          */s/ Gregory T. Broderick*
                                                            GREGORY T. BRODERICK
12                                                          Assistant U.S. Attorney

13                                                          LAW OFFICE OF FRANK LAWRENCE

14                                                          */s/ Frank Lawrence (authorized 05/31/2016)*
                                                            FRANK LAWRENCE
15                                                          Attorneys for Defendants San Diego Gaming Ventures
                                                            LLC, Penn. National Gaming Inc., C.W.
16                                                          Driver, and Specially-Appearing Defendants Erica Pinto,
                                                            Carlene Chamberlain, and Kenny Meza
17

18                                                          WEBB & CAREY

19                                                          */s/ Patrick Webb (authorized 05/31/2016)*
                                                            PATRICK WEBB
20                                                          Attorney for Plaintiffs

21

22

23

24

25

26

27

28

1     Good cause appearing, **IT IS SO ORDERED**.

2  Dated:  June 2, 2016

3

4

5                          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28